## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08 C 1091

DENEENE D. ERVIN, ELIZABETH L. DYE, and DAWN
HARDY, on behalf of themselves and all other persons
similarly situated, known and unknown, v. OS RESTAURANT
SERVICES, INC., d/b/a OUTBACK STEAKHOUSE,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DENEENE D. ERVIN, ELIZABETH L. DYE, and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown,

| | |
|---|---|
| NAME (Type or print) <br> Paul W. Ryan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Paul W. Ryan | |
| FIRM <br> The Law Offices of Eugene K. Hollander | |
| STREET ADDRESS <br> 33 N. Dearborn Street, Suite 2300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 623906 | TELEPHONE NUMBER <br> 312/425-9100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐  APPOINTED COUNSEL ☐ | |