IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENEENE D. ERVIN, ELIZABETH L. DYE, and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>OS RESTAURANT SERVICES, INC, d/b/a OUTBACK STEAKHOUSE,<br><br>Defendant. | Case No.  08 C 1091<br><br>Judge Guzman |

## PLAINTIFFS' INITIAL STATUS REPORT[1]

Plaintiffs respectfully submit the following Initial Status Report pursuant to this Court's Standing Order regarding initial status hearings:

**1.      Summary of the Claims Asserted in the Complaint**

This lawsuit arises under the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq.*, the Illinois Minimum Wage Law (IMWL), 820 ILCS 105/1, *et seq.*, and the Illinois Wage Payment and Collection Act (IWPCA), 820 ILCS 115/1, *et seq.*, for Defendant's failure to pay Plaintiffs and other similarly-situated employees earned minimum wage, overtime and straight time wages.  Outback operates restaurants in all 50 states, including approximately 786 restaurants in the United States and 19 restaurants in the state of Illinois, under the name Outback Steakhouse.  Plaintiffs and the classes they represent are current and former employees of Defendant, working as servers, bartenders, hosts, and other tipped employees.

---

[1] On February 28, 2008, Plaintiffs issued a Notice of Lawsuit and Waiver of Service of Summons to Defendant. Said documents were sent via certified mail to Defendant's Registered Agent on this date. Defendant's executed Waiver of Service of Summons is due back on March 31, 2008. As of today's date, Plaintiffs' counsel has not been contacted by Defendant or its counsel.

Defendant paid its tipped employees sub-minimum hourly wages under the tip-credit provisions of the IMWL and FLSA. Those provisions permit employers of tipped employees to pay wages less than the minimum wage, so long as employers comply with certain requirements of the tip-credit provisions. Plaintiffs contend Defendant has a policy of regularly assigning tipped employees, paid sub-minimum wages, to perform an array of duties outside the duties of their tipped positions. In addition, Defendant requires tipped employees to work off-the-clock.

**2.     Relief Sought, Including an Itemization of Damages**

Plaintiffs seek their unpaid overtime and other wages, statutory penalties, and reasonable attorneys' fees under the FLSA, IMWL, and the IWPCA. Plaintiffs also seek injunctive relief precluding Defendant from violating the Illinois Minimum Wage Law.

Defendants have not produced any documents to date and as such Plaintiffs are unable to itemize their damages at this time.

**3.     Status of Pending Motions**

No motions are currently pending.

**4.     Discovery Cut-off and Trial Dates**

There are no dates currently set for discovery cut-off, pretrial order or trial. Plaintiffs request that the dates be scheduled at a later date.

**5.     Discovery Status**

Plaintiffs have not commenced any written discovery.

**6.     Status of Jury Demand**

Plaintiffs demanded a jury trial on all claims.

**7.     Status of Settlement Discussions**

The parties have not engaged in settlement discussions.

Respectfully submitted,


By: s/Douglas M. Werman
One of the Attorneys for Plaintiffs

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Jamie G. Sypulski
Law Office of Jamie G. Sypulski
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603
(312) 360-0960

Eugene Hollander
Paul Ryan
Law Offices of Eugene K. Hollander
33 N. Dearborn, Suite 2300
Chicago, IL 60602
(312)425-9100

Dated: March 20, 2008

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing **Plaintiffs' Initial Status Report** was served via regular U.S. mail on March 20, 2008 on:

OS Restaurant Services, Inc.
c/o Reg. Agent, CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

s/Douglas M. Werman
Douglas M. Werman
