IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENEENE D. ERVIN, ELIZABETH L. DYE, and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>OS RESTAURANT SERVICES, INC, d/b/a OUTBACK STEAKHOUSE,<br><br>　　　　Defendant. | Case No.  08 C 1091<br><br>Judge Guzman |

## NOTICE OF FILING

TO:  OS Restaurant Services, Inc.
　　　c/o Reg. Agent, CT Corporation System
　　　208 S. LaSalle Street, Suite 814
　　　Chicago, IL  60604

**PLEASE TAKE NOTICE** that on March 20, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Plaintiffs' Initial Status Report**, a copy of which is attached hereto and is hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: March 20, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　s/Douglas M. Werman
　　　　　　　　　　　　　　　　　　　　　　　　　DOUGLAS M. WERMAN(#6204740)
　　　　　　　　　　　　　　　　　　　　　　　　　MAUREEN A. BANTZ (#6289000)
　　　　　　　　　　　　　　　　　　　　　　　　　Werman Law Office, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　77 W. Washington, Suite 1402
　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60602
　　　　　　　　　　　　　　　　　　　　　　　　　312-419-1008
　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs