U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 1091
DENEENE D. ERVIN, ELIZABETH I. DYE and DAWN
HARDY, on behalf of themselves and all other persons
similarly situated, known and unknown,
v.
OS RESTAURANT SERVICES, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

OS RESTAURANT SERVICES, INC.

| | |
|---|---|
| NAME (Type or print) <br> Jane M. McFetridge | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jane M. McFetridge | |
| FIRM <br> Jackson Lewis LLP | |
| STREET ADDRESS <br> 320 West Ohio Street, Suite 500 | |
| CITY/STATE/ZIP <br> Chicago, IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6201580 | TELEPHONE NUMBER <br> 312/781-4949 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |