(Revised 02/01/01)

# United States District Court   Northern District of Illinois
## APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE

| Case Title: | Deneene D. Ervin, et al., | Plantiff(s) |
|---|---|---|
| | VS. | |
| | OS Restaurant Services, Inc., d/b/a/ Outback Steakhouse, | Defendant(s) |

| Case Number: 08-cv-01091 | Judge: Guzman |
|---|---|

I, Paul DeCamp, hereby apply to the Court under Local Rule 83.14 for permission to appear and participate in the above-entitled action on behalf of

Defendant OS Restaurant Services, Inc., d/b/a/ Outback Steakhouse by whom I have been retained.

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | DateAdmitted |
|---|---|
| District of Columbia Court of Appeals | 03/08/02 |
| California Supreme Court | 05/27/98 |
| | |
| | |

I have currently, or within the year preceding the date of this application, made pro hac vice applications to this Court in the following actions:

| Case Number | Case Title | Date of Application (Granted or Denied)* |
|---|---|---|
| N/A | RECEIVED APR 0 7 2008 TC MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT | |
| | | |
| | | |
| | | |

*If denied, please explain:
(Attach additional form if necessary)

Pursuant to Local Rule 83.15(a), applicants who do not have an office within the Northern District of Illinois must designate, at the time of filing their initial notice or pleading, a member of the bar of this Court having an office within this District upon who service of papers may be made.

Has the applicant designated local counsel?   Yes ✓   No ☐

If you have not designated local counsel, Local Rule 83.15(b) provides that the designation must be made within thirty (30) days.

Has the applicant ever been:

| | Yes | No |
|---|---|---|
| censured, suspended, disbarred, or otherwise disciplined by any court? | ☐ | ☑ |
| or is the applicant currently the subject of an investigation of the applicant's professional conduct? | ☐ | ☑ |
| transferred to inactive status, voluntarily withdrawn, or resigned from the bar of any court? | ☑ | ☐ |
| denied admission to the bar of any court? | ☐ | ☑ |
| held in contempt of court? | ☐ | ☑ |

NOTE: If the answer to *any* of the above questions is yes, please attach a brief description of the incident(s) and the applicant's current status before any court, or any agency thereof, where disciplinary sanctions were imposed, or where an investigation or investigations of the applicant's conduct may have been instituted.

I have read the Rules of Professional Conduct for the Northern District of Illinois, effective November 12, 1991 (Local Rules 83.50 through 83.58), and the Standards for Professional Conduct within the Seventh Federal Judicial Circuit, effective December 15, 1992, and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

| 04/02/08 | *Paul DeCamp* (signed) |
|---|---|
| Date | Signature of Applicant |

| Applicant's Name | Last Name: DeCamp | First Name: Paul | Middle Name/Initial: |
|---|---|---|---|
| Applicant's Law Firm | Jackson Lewis LLP | | |
| Applicant's Address | Street Address (include suite or room number): 8614 Westwood Center Drive, Suite 950 | | State Bar Number: (D.C.) 476244 |
| | City: Vienna | State: Virginia | ZIP Code: 22182 | Work Phone Number: (703) 821-2189 |

(The pro hac vice admission fee is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date, and shall be paid to the Clerk. No admission under Rule 83.14 is effective until such time as the fee has been paid.)

NOTE: Attorneys seeking to appear pro hac vice may wish to consider filing a petition for admission to the general bar of this Court. The fee for admission to the General Bar is $150.00 The fee for pro hac vice admission is $100.00 for cases filed before February 1, 2001, and $50.00 for cases filed on or after that date. Admission to the general bar permits an attorney to practice before this Court. Pro hac vice admission entitles an attorney to appear in a particular case only. Application for such admission must be made in each case; and the admission fee must be paid in each case.

(Fee Stamp) **PAID** APR 0 7 2008 TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ORDER

IT IS ORDERED that the applicant herein may appear in the above-entitled case.

DATED: 4/08/08         _____
                                  United States District Judge

## Attachment To Application For Leave To Appear Pro Hac Vice

This attachment provides further information concerning the box I checked on the application indicating that I have been transferred to inactive status. When I graduated from law school in 1995, I moved to Ohio. I took and passed the July 1995 Ohio bar examination, and I was admitted to practice before the Ohio Supreme Court in November 1995. In July 1997, I moved from Ohio to California, where I took and passed that bar and was admitted in May 1998. At some point between 1997 and 2000, I changed my status with the Ohio bar from active to inactive because I no longer practiced in Ohio, I did not want to pay bar dues in two jurisdictions or have to take twice as much continuing legal education. I have remained on inactive status with the Ohio bar since that time. I have remained on active status with my other bars, which are California and the District of Columbia.