UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENEENE D. ERVIN, ELIZABETH L. DYE and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 1091 |
| v. | ) ) | Judge Guzman |
| OS RESTAURANT SERVICES, INC., d/b/a OUTBACK STEAKHOUSE, | ) ) ) ) | Magistrate Judge Denlow |
| Defendant. | ) | |

**PLAINTIFFS' MOTION TO CONTINUE DATE FOR
FILING CLASS CERTIFICATION MOTION**

Plaintiffs, by their counsel, hereby move this Court to continue the date for filing their class certification motion, and it support state as follows:

1. The Complaint in this action alleges, *inter alia,* violations of the minimum wage provisions of the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201, *et seq*, and the Illinois Minimum Wage Law (IMWL). 820 ILCS 105/1, *et seq.* Plaintiffs seek to represent classes of similarly-situated persons under both statutes; a collective action under the FLSA, 29 U.S.C. § 216(b), Compl., Count IV; and a Rule 23 class action under the IMWL. Compl., Count I. The Court ordered Plaintiffs to file their motion for class certification on the state law claims on or before July 17, 2008.

2. This Court is presiding under the case *Garibay, et al. v. Garden Fresh – Mount Prospect, et al.,* 08 C 636. Like this case, plaintiffs in *Garibay* seek class action treatment of their IMWL claim, and a collective action under the FLSA. A motion brought by defendants in

1

that case seeks to strike the state law allegations, based on a claimed incompatibility between a state-law class action and the federal collective action procedure within the same litigation. *Id.*, Dkt. 18-2. The *Garibay* plaintiffs opposed this motion, and further, asked the Court for appellate review in the event that defendants' motion is granted. Defendants' motion is *Garibay* is fully briefed an awaiting decision by the Court.

3. Given that a final ruling on the incompatibility issue in *Garibay* will affect whether Plaintiffs here can proceed in this Court with their state law claims, Plaintiffs seek to continue the date for filing their motion for class certification until sometime after a final decision is made in *Garibay* on the compatibility issue.

WHEREFORE, Plaintiffs request that the Court enter an order continuing the date for Plaintiffs to file their motion for class certification on their state law claims until a final decision on defendants' motion to strike in the case *Garibay, et al. v. Garden Fresh – Mount Prospect, et al.*, 08 C 636, and grant such further relief as is just and proper.

Respectfully submitted,

Date: July 8, 2008

s/Douglas M. Werman
One of Plaintiffs' Attorneys

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Jamie G. Sypulski
Law Office of Jamie G. Sypulski
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603
(312) 360-0960

Attorneys for Plaintiffs

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the following **Plaintiffs' Motion to Continue Date for Filing Class Certification Motion** was served via electronic mail on July 8, 2008 on:

> Nadine C. Abrahams
> Jane M. McFetridge
> Jackson Lewis LLP
> 320 West Ohio Street, Suite 500
> Chicago, IL 60610

>> s/Douglas M. Werman
>> Douglas M. Werman