IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DENEENE D. ERVIN, ELIZABETH L. DYE, and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 08 C 1091 |
| v. | ) ) | Judge Guzman |
| OS RESTAURANT SERVICES, INC., d/b/a OUTBACK STEAKHOUSE | ) ) ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:    Douglas M. Werman           Eugene K. Hollander            Jamie G. Sypulski
       Maureen A. Bantz            Paul W. Ryan                   122 S. Michigan Ave.
       Carlos G. Becerra           Erin Buck Kaiser               Suite 1720
       Werman Law Office, PC       The Law Offices of             Chicago, IL  60603
       77 W. Washington St.          Eugene K. Hollander
       Suite 1402                  33 North Dearborn St., Suite 2300
       Chicago, IL  60602          Chicago, IL  60606

**PLEASE TAKE NOTICE** that on July 15, 2008, at 9:30 a.m., we shall appear before Judge Guzman, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant's Motion to Enjoin Plaintiffs From Providing Notice to, Soliciting, or Communicating with Prospective Plaintiffs in the Absence of Conditional Certification**, a copy of which is attached hereto and hereby served upon you.

DATED: July 11, 2008

                                             Respectfully submitted,


                                             /s/ Jane M. McFetridge


Jane McFetridge
Nadine Abrahams
Hallie D. Caldarone
Jackson Lewis LLP
320 W. Ohio Street, Suite 500
Chicago, Illinois  60610
(312) 787-4995
Fax: (312) 787-4972

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on July 11, 2008, she caused a true and correct copy of the foregoing Defendant's Motion To Enjoin Plaintiffs From Providing Notice To, Soliciting, Or Communicating With Prospective Plaintiffs Prior To Conditional Certification and Memorandum in Support to be filed with the Court by the Court's ECF/CM electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.



                                                                      /s/ Jane M. McFetridge