# EXHIBIT 1

Case 1:08-cv-01091     Document 28-2     Filed 07/11/2008     Page 1 of 3

JUL-09-2008 13:12 2173983596 OBS1452 PAGE 01/01
JUL-09-2008 13:47 CRATE & BARREL 847 272 3190 P.02/02



77 West Washington Street
Suite 1402
Chicago, Illinois 60602



# Werman
LAW OFFICE P.C.

July 2, 2008

Tel: (312) 419-1008
Fax: (312) 419-1025
www.flsalaw.com



RE: *Ervin, et al. v. OS Restaurant Servs., Inc., dba Outback Steakhouse,*
08 CV 1091

You have been identified as working as a tipped employee in an Outback Steakhouse restaurant in the recent past. A class action lawsuit is proceeding in the federal district court in Chicago against OS Restaurant Services, Inc., the company that owns these restaurants. The lawsuit seeks to recover owed back wages for persons employed as tipped employees and other hourly workers. A 'tipped employee' is a person working as a server, host/hostess, bartender, or similar position.

Specifically, the lawsuit alleges the following:

▶ **Tipped Employees Were Regularly Required to Perform Non-Tipped Duties**
Plaintiffs allege that tipped employees were regularly assigned to perform non-tipped work, like restaurant cleaning, opening and closing, trash removal and food preparation, but still paid the reduced tip-credit rate rather than full minimum wage.

▶ **Nonpayment of Off-The-Clock Time**
Plaintiffs allege that hourly workers were required to work off-the-clock and not compensated for that time.

▶ **Nonpayment of Overtime**
Plaintiffs allege that, because tipped employees were not paid the lawful hourly rate, any overtime they worked would likewise not have been paid at lawful regular rate.

We would like to speak to you about the circumstances of your employment at Outback Steakhouse, including whether you worked in multiple locations. Your input will help us develop certain facts for the lawsuit, and help determine whether you may have a claim for owed back wages.

You can write to the above address, or you can call 312/419-1008 to provide us information, to ask questions or to learn additional information about the lawsuit.

Thank you for your assistance.

Sincerely,

Douglas M. Werman

cc: Jamie G. Sypulski, Esq.

07/10/2008  05:25    17086620237                    OUTBACK STEAKHOUSE                              PAGE  01/01



77 West Washington Street
Suite 1402
Chicago, Illinois 60602

**Werman**
LAW OFFICE P.C.

Tel: (312) 419-1008
Fax: (312) 419-1025
www.flsalaw.com

July 2, 2008

Dwanda Reese
9542 S. Ave M
Chicago, IL 60617

    RE:   *Ervin, et al. v. OS Restaurant Servs., Inc., dba Outback Steakhouse,*
           08 CV 1091

Dear Dwanda Reese:

You have been identified as working as a tipped employee in an Outback Steakhouse restaurant in the recent past. A class action lawsuit is proceeding in the federal district court in Chicago against OS Restaurant Services, Inc., the company that owns these restaurants. The lawsuit seeks to recover owed back wages for persons employed as tipped employees and other hourly workers. A 'tipped employee' is a person working as a server, host/hostess, bartender, or similar position.

Specifically, the lawsuit alleges the following:

> ▶ **Tipped Employees Were Regularly Required to Perform Non-Tipped Duties**
> Plaintiffs allege that tipped employees were regularly assigned to perform non-tipped work, like restaurant cleaning, opening and closing, trash removal and food preparation, but still paid the reduced tip-credit rate rather than full minimum wage.
>
> ▶ **Nonpayment of Off-The-Clock Time**
> Plaintiffs allege that hourly workers were required to work off-the-clock and not compensated for that time.
>
> ▶ **Nonpayment of Overtime**
> Plaintiffs allege that, because tipped employees were not paid the lawful hourly rate, any overtime they worked would likewise not have been paid at lawful regular rate.

We would like to speak to you about the circumstances of your employment at Outback Steakhouse, including whether you worked in multiple locations. Your input will help us develop certain facts for the lawsuit, and help determine whether you may have a claim for owed back wages.

You can write to the above address, or you can call 312/419-1008 to provide us information, to ask questions or to learn additional information about the lawsuit.

Thank you for your assistance.

                                              Sincerely,

                                              Douglas M. Werman

    cc:   Jamie G. Sypulski, Esq.