**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Deneene D. Ervin, et al.
                                  Plaintiff,

v.                                                        Case No.: 1:08−cv−01091
                                                          Honorable Ronald A. Guzman

OS Restaurant Services, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Motion to Enjoin Plaintiffs from Providing Notice to, Soliciting, or Communicating with Prospective Plaintiffs in the Absence of Conditional Certification by OS Restaurant Services, Inc. [27] is granted as stated in open court.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.