UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENEENE D. ERVIN, ELIZABETH L. DYE and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown, ) ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 08 C 1091 |
| v. ) ) | Judge Guzman |
| OS RESTAURANT SERVICES, INC., d/b/a OUTBACK STEAKHOUSE, ) ) ) ) | |
| Defendant. ) | |

**PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S ORDER BARRING PLAINTIFFS' COUNSEL FROM COMMUNICATING WITH THE PUTATIVE CLASS**

Plaintiffs request that this Court grant this Motion for Reconsideration of the Court's Order Barring Plaintiffs' Counsel from Communicating with the Putative Class. In support of this Motion, Plaintiffs attach a memorandum of law.

WHEREFORE, the above named Plaintiffs requests on behalf of themselves and all other persons similarly-situated, known and unknown, an Order:

A.  Vacating the Court's July 15, 2008 Order Enjoining Plaintiffs' Counsel from Communicating with Prospective Plaintiffs in the Absence of Conditional Certification;

B.  Granting such other relief as the Court deems appropriate under the circumstances.

1

Date:   August 5, 2008

                                      Respectfully submitted,

                                      <u>s/Douglas M. Werman</u>
                                      One of Plaintiffs' Attorneys

Douglas M. Werman
Maureen A. Bantz
Werman Law Office, P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Jamie G. Sypulski
Law Office of Jamie G. Sypulski
122 South Michigan Avenue, Suite 1720
Chicago, Illinois 60603
(312) 360-0960

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the following **Plaintiffs' Motion for Reconsideration of the Court's Order Barring Plaintiffs' Counsel from Communicating with the Putative Class** was served via electronic mail on August 5, 2008 on:

Nadine C. Abrahams
Jane M. McFetridge
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610

s/Douglas M. Werman
Douglas M. Werman