IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENEENE D. ERVIN, ELIZABETH L. DYE, and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>OS RESTAURANT SERVICES, INC, d/b/a OUTBACK STEAKHOUSE,<br><br>Defendant. | Case No. 08 C 1091<br><br>Judge Guzman |

## NOTICE OF MOTION

TO:  Nadine C. Abrahams
Jane M. McFetridge
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610

**PLEASE TAKE NOTICE** that on August 7, 2008, at 9:30 a.m., we shall appear before Judge Guzman, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Plaintiffs' Motion for Reconsideration of the Court's Order Barring Plaintiffs' Counsel from Communicating with the Putative Class**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

Dated: August 5, 2008

s/Douglas M. Werman
DOUGLAS M. WERMAN(#6204740)
MAUREEN A. BANTZ (#6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008
Attorneys for Plaintiffs