# EXHIBIT 5

## McFetridge, Jane M. (CHI)

| | |
|---|---|
| **From:** | McFetridge, Jane M. (CHI) |
| **Sent:** | Tuesday, July 22, 2008 11:11 AM |
| **To:** | 'dwerman@flsalaw.com' |
| **Cc:** | Abrahams, Nadine C. (CHI); DeCamp, Paul (DC) |
| **Subject:** | Ervin |

Doug:
I have not heard back from you relative to my e-mail last Friday concerning communications with Outback employees. As indicated in that e-mail, we would like to discuss this with you at your earliest convenience. I am out of the office right now on my way to a lunch meeting but expect to be back by mid afternoon. Nadine is currently in the office and will be there all day. I will be in all day tomorrow, except for a 1:00 to 2:30 meeting. I believe that Nadine is also available tomorrow. Our partner, Paul DeCamp, can also be reached at 703/821-4338. Please contact anyone of us concerning this issue. Thanks.
Jane

--------------------------
Sent from my BlackBerry Wireless Handheld

1