# EXHIBIT 6

August 6, 2008

«AddressBlock»

RE: *Ervin, et al. v. OS Restaurant Servs., Inc., dba Outback Steakhouse,*
08 CV 1091

«GreetingLine»

This is a follow-up to the letter dated July 2, 2008 that you may have received from our office regarding the captioned lawsuit against Outback Steakhouse. First, although the case against Outback Steakhouse was filed as a class action, it has not been certified by the Court as such. Instead, Plaintiffs are still investigating their claims, and the Court will ultimately decide whether the allegations in the lawsuit are appropriate for class action or collective action, treatment. Second, you have no obligation to contact our office in response to this letter. Rather, the purpose of us contacting you is limited to our investigation of the allegations asserted in the lawsuit

Sincerely,

Douglas M. Werman

cc: Jamie G. Sypulski, Esq.