UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENEENE D. ERVIN, ELIZABETH L. DYE and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown,  )<br><br>Plaintiffs,  )<br><br>v.  )<br><br>OS RESTAURANT SERVICES, INC., d/b/a OUTBACK STEAKHOUSE,  )<br><br>Defendant.  ) | Case No. 08 C 1091<br><br>Judge Guzman |

## DECLARATION OF ELIZABETH DYE

I, Elizabeth Dye, under penalty of perjury, depose and state based on personal knowledge that the following facts are true and correct:

1. I am over 18 years old, and I currently reside in Hammond, Indiana.

2. I am a current employee of OS Restaurant Services, Inc. d/b/a Outback Steakhouse ("Outback").

3. I am a Plaintiff in the lawsuit captioned *Ervin, et al. v. OS Restaurant Services, Inc.*, Case No. 08 C 1091.

4. I have personal knowledge that Outback's attorneys have been communicating with Outback employees.

5. On Monday, July 28, 2008, three members of Outback's legal counsel came to Outback's Calumet City restaurant and met with Outback employees one-by-one. Outback's attorneys were present when I arrived to work at 4:30 p.m. and were still meeting with

1

employees when I left work at 10:30 p.m. that evening. In fact, Outback closed servers' sections and reassigned servers' tables so that they could assist employees in meeting with Outback's attorneys that evening.

6. I witnessed the meetings occur, and I witnessed employees walking out of the meetings with documents in their hand.

7. I am not suffering from any impediment, and I am competent to testify to all of the foregoing.

8. I declare under penalty of perjury under the laws of the State of Illinois and the United States of America that the statements set forth in this instrument are true and correct.

FURTHER DECLARANT SAYETH NOT

*[signature]*
Elizabeth Dye
Dated: 8/6/08

I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
Elizabeth Dye
Dated: 8/6/08

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the following **Declaration of Elizabeth Dye in Support of Plaintiffs' Motion for Reconsideration of the Court's Order Barring Plaintiffs' Counsel from Communicating with the Putative Class** was served via electronic mail on August 6, 2008 on:

> Nadine C. Abrahams
> Jane M. McFetridge
> Jackson Lewis LLP
> 320 West Ohio Street, Suite 500
> Chicago, IL 60610

s/Douglas M. Werman
Douglas M. Werman