IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENEENE D. ERVIN, ELIZABETH L. DYE, and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>OS RESTAURANT SERVICES, INC, d/b/a OUTBACK STEAKHOUSE,<br><br>Defendant. | Case No. 08 C 1091<br><br>Judge Guzman |

## NOTICE OF FILING

TO:  Nadine C. Abrahams
     Jane M. McFetridge
     Jackson Lewis LLP
     320 West Ohio Street, Suite 500
     Chicago, IL 60610

**PLEASE TAKE NOTICE** that on August 6, 2008 we filed with the Clerk of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, **Declaration of Elizabeth Dye in Support of Plaintiffs' Motion for Reconsideration of the Court's Order Barring Plaintiffs' Counsel from Communicating with the Putative Class**, a copy of which is attached hereto and is hereby served upon you.

Respectfully submitted,

Dated: August 6, 2008

s/Douglas M. Werman
DOUGLAS M. WERMAN (#6204740)
MAUREEN A. BANTZ (#6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008
Attorneys for Plaintiffs