UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENEENE D. ERVIN, ELIZABETH L. DYE and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>OS RESTAURANT SERVICES, INC., d/b/a OUTBACK STEAKHOUSE,<br><br>Defendant. | Case No. 08 C 1091<br><br>Judge Guzman |

**AGREED TO MOTION TO VACATE SETTLEMENT CONFERENCE DATE**

The parties, Plaintiffs and Defendant, jointly request that this Court vacate the settlement conference date set for August 27, 2008 at 2:30 p.m. In support of this Motion, the parties state as follows:

1. This is a wage and hour case brought under federal and state law. The Complaint alleges, *inter alia,* violations of the minimum wage provisions of both the Fair Labor Standards Act (FLSA), 29 U.S.C. §201, *et seq,*, and the Illinois Minimum Wage Law (IMWL). 820 ILCS 105/1, *et seq.* Consequently, Plaintiffs seek to represent classes of similarly-situated persons under both statutes; a collective action under the FLSA, 29 U.S.C. §216(b), Compl., Count IV; and a Rule 23 class action under the IMWL. Compl., Count I.

2. Defendant has denied the material allegations of the Complaint.

3. This case is still in the very early pre-trial discovery phase. Although the parties have

discussed the possibility of settlement, they do not believe that this matter can be settled at this time. Thus, the parties request that the settlement conference date be vacated.

WHEREFORE, the parties request that the August 27, 2008 settlement conference date be vacated.

**DATED: August 21, 2008**

Submitted for entry:

| | |
|---|---|
| s/Nadine Abrahams<br>Nadine C. Abrahams<br>Jane M. McFetridge<br>Jackson Lewis LLP<br>320 West Ohio Street, Suite 500<br>Chicago, IL 60610<br>(312) 787-4949<br><br>Attorneys for Defendant | s/Douglas M. Werman<br>Douglas M. Werman<br>Maureen A. Bantz<br>Werman Law Office, P.C.<br>77 W. Washington, Suite 1402<br>Chicago, Illinois 60602<br>(312) 419-1008<br><br>Attorneys for Plaintiffs |

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the following **Agreed Motion to Vacate Settlement Conference Date** was served via electronic mail on August 21, 2008 on:

Nadine C. Abrahams
Jane M. McFetridge
Jackson Lewis LLP
320 West Ohio Street, Suite 500
Chicago, IL 60610

s/Douglas M. Werman
Douglas M. Werman