IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENEENE D. ERVIN, ELIZABETH L. DYE, and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>OS RESTAURANT SERVICES, INC, d/b/a OUTBACK STEAKHOUSE,<br><br>Defendant. | Case No. 08 C 1091<br><br>Judge Guzman |

## NOTICE OF MOTION

TO:   Nadine C. Abrahams
      Jane M. McFetridge
      Jackson Lewis LLP
      320 West Ohio Street, Suite 500
      Chicago, IL 60610

**PLEASE TAKE NOTICE** that on August 26, 2008, at 9:30 a.m., we shall appear before Judge Guzman, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Agreed Motion to Vacate Settlement Conference Date**, a copy of which is attached hereto and hereby served upon you.

Respectfully submitted,

Dated: August 21, 2008

s/Douglas M. Werman
DOUGLAS M. WERMAN (#6204740)
MAUREEN A. BANTZ (#6289000)
Werman Law Office, P.C.
77 W. Washington, Suite 1402
Chicago, Illinois 60602
312-419-1008
Attorneys for Plaintiffs