IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENEENE D. ERVIN, ELIZABETH L. DYE, and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown,<br>　　　　　Plaintiffs,<br><br>v.<br><br>OS RESTAURANT SERVICES, INC., d/b/a OUTBACK STEAKHOUSE<br>　　　　　Defendant. | Case No. 08 C 1091<br><br>Judge Guzman |

## NOTICE OF MOTION

TO:　Douglas M. Werman　　　　Eugene K. Hollander　　　　Jamie G. Sypulski
　　　Maureen A. Bantz　　　　　Paul W. Ryan　　　　　　　　122 S. Michigan Ave.
　　　Carlos G. Becerra　　　　　 Erin Buck Kaiser　　　　　　 Suite 1720
　　　Werman Law Office, PC　　The Law Offices of　　　　　Chicago, IL 60603
　　　77 W. Washington St.　　　　Eugene K. Hollander
　　　Suite 1402　　　　　　　　　33 North Dearborn St., Suite 2300
　　　Chicago, IL 60602　　　　　Chicago, IL 60606

**PLEASE TAKE NOTICE** that on Thursday, September 4, 2008, at 9:30 a.m., we shall appear before Judge Guzman, in the Courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **Defendant OS Restaurant Services, Inc.'s Motion To Lift Stay And Schedule Class Certification Motion**, a copy of which is attached hereto and hereby served upon you.

DATED: August 28, 2008

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Nadine Abrahams


Jane McFetridge
Nadine Abrahams
Hallie D. Caldarone
Jackson Lewis LLP
320 W. Ohio Street, Suite 500
Chicago, Illinois 60610
(312) 787-4995
Fax: (312) 787-4972

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on August 28, 2008, she caused a true and correct copy of the foregoing **Defendant OS Restaurant Services, Inc.'s Motion To Lift Stay And Schedule Class Certification Motion** to be filed with the Court by the Court's ECF/CM electronic filing protocols, and that same will therefore be electronically served upon all attorneys of record registered with the Court's ECF/CM system.

_____/s/ Nadine Abrahams____