IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENEENE D. ERVIN, ELIZABETH L. DYE and DAWN HARDY, on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>OS RESTAURANT SERVICES, INC., d/b/a OUTBACK STEAKHOUSE,<br><br>Defendant. | Case No. 08 C 1091<br><br>Judge Guzman |

**DEFENDANT OS RESTAURANT SERVICES, INC.'S
MOTION TO LIFT THE STAY AND
SCHEDULE CLASS CERTIFICATION MOTION**

I.   **INTRODUCTION**

Defendant OS Restaurant Services, Inc., ("Outback"), by and through the undersigned attorneys, moves this Court to lift the stay on Plaintiffs' deadline to file their class certification motion and to re-establish the briefing schedule for a class certification motion. In support of this motion, Outback states as follows:

1. On or about February 21, 2008, Plaintiffs filed the above-captioned action against Outback, asserting claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, as a purported collective action, and under the Illinois Minimum Wage Law, 820 ILCS 105/1, *et seq.*, and the Illinois Wage Payment and Collection Act, 820 ILCS 115/1, *et seq.*, as a purported class action pursuant to Federal Rule of Civil Procedure 23 ("Rule 23").

2. Outback answered this Complaint on April 28, 2008.

3. At a status conference on June 17, 2008, this Court established a thirty-day timeline for Plaintiffs to file a motion for class certification, making the motion due July 17, 2008. (*See* Exhibit 1, Minute Order of Honorable Ronald A. Guzman in Case No.: 1:08-cv-01091).

4. Plaintiffs thereafter filed a motion requesting that this Court continue stay the deadline for filing a class certification motion until this Court ruled on a motion to dismiss in *Garibay, et al v. Garden Fresh – Mount Prospect, et al.*, Case 1:08-cv-00636.

5. On July 15, 2008, this Court granted Plaintiffs' motion and stayed Plaintiffs' deadline to file their class certification motion until this Court ruled on the *Garibay* motion to dismiss. (*See* Exhibit 2, Transcript Of Proceedings Before The Honorable Ronald A. Guzman, 6:15-18).

6. This Court issued a ruling on the *Garibay* motion to dismiss on July 23, 2008. (*See* Exhibit 3, Order, Case 1:08-cv-00636).

7. On August 27, 2008, the parties appeared for a status hearing before this Court. Defendant's counsel was unaware until after the status hearing that the Court had ruled on the *Garibay* motion. During the status hearing, Plaintiffs' counsel, who is also Plaintiff's counsel in the *Garibay* matter, failed to remind the Court that a stay had been pending since July 15th but that the *Garibay* motion had been ruled on over a month ago.

8. Accordingly, Outback requests that this Court lift the stay and set the briefing schedule for Plaintiffs' motion for class certification. Outback requests that this Court utilize the thirty-day timeline previously ordered on June 17, 2008 to calculate the new date by which Plaintiffs must move for class certification and set a September 27, 2008 deadline for filing the motion for class certification.

WHEREFORE, Defendant Outback respectfully requests that this court enter an order: 1) lifting the stay on Plaintiffs' deadline to file their class certification motion; and 2) re-establishing the briefing schedule whereby Plaintiffs must file their class certification motion thirty days from this Court's order.

DATED: August 28, 2008

Respectfully submitted,

/s/ Nadine Abrahams

Jane M. McFetridge
Nadine Abrahams
Jackson Lewis LLP
320 W. Ohio Street, Suite 500
Chicago, Illinois 60610
(312) 787-4949
Fax: (312) 787-4995