**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Deneene D. Ervin, et al.
                         Plaintiff,

v.                                                  Case No.: 1:08–cv–01091
                                                    Honorable Ronald A. Guzman

OS Restaurant Services, Inc.
                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 4, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 9/4/2008. Motion by Defendant OS Restaurant Services, Inc.to Lift the Stay and Schedule Class Certification Motion [46] is granted. Class certification motion due by 11/3/2008. Response due 12/3/08. Reply due 12/17/08. Ruling to be by mail. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.