# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

February 9, 2011

Taxed in Favor of: Appellants - <u>Deneene D. Ervin , Dawn Hardy</u>

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No.: 09-3029 | DENEENE D. ERVIN, et al.,<br> Plaintiffs - Appellants<br>v.<br><br>OS RESTAURANT SERVICES, INCORPORATED, doing business as Outback Steakhouse,<br>Defendant - Appellee |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 1:08-cv-01091<br>Northern District of Illinois, Eastern Division<br>District Judge Ronald A. Guzman |

The mandate or agency closing letter issued in this cause on 02/09/11 .

BILL OF COSTS issued in the amount of: $835.90.

|   |   | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or |   |   |

|     | docketing any other proceeding: _____ |     |     |
| --- | --- | --- | --- |
| 2.  | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3.  | For reproduction of briefs: _____ | $   835.90 | _____ |
| 4.  | _____ _____ | _____ | _____ |
| 5.  | _____ _____ | _____ | _____ |
|     |     | TOTAL: | $   835.90 |

form name: **c7_BillOfCosts** (form ID: **140**)